1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  JEAN PAUL HENDRICKS, ESQ.
   Nevada Bar No. 10079
3  MAIER GUTIERREZ & ASSOCIATES
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile: 702.629.7925
   E-mail:    jrm@mgalaw.com
6              jph@mgalaw.com

7  *Attorneys for Defendants Michael Kaplan
   and Adam Kaplan*

8

9

10                     UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12

13 | LUXX INTERNATIONAL, LLC, a Florida           | Case No. 2:23-cv-00512MMD-DJA
14 | limited liability company; and WAYDE KING,
   | an individual;                                | **STIPULATION AND ORDER TO EXTEND
15 |                                               | TIME FOR DEFENDANT'S TO FILE A
   |              Plaintiff,                       | RESPONSE TO PLAINTIFF'S
16 |                                               | COMPLAINT [ECF NO. 1]**
   | vs.
17 |                                               | **[FIRST REQUEST]**
   | PURE WATER TECHNOLOGIES, a Nevda
18 | limited liability company; TASTY ONE, LLC, a
   | foreign limited liability company; MICHAEL
19 | KAPLAN, an individual; and ADAM
   | KAPLAN, an individual,
20 |
   |              Defendants.

21

22         Defendants PURE WATER TECHNOLOGIES, by and through its attorney of record, the law

23 offices of MARC D. RISMAN, TASTY ONE, by and through its attorneys of record, MCMENEMY

24 HOLMES PLLC, MICHAEL KAPLAN and ADAM KAPLAN, by and through their attorneys, the

25 law firm of MAIER GUTIERREZ & ASSOCIATES and plaintiffs LUXX INTERNATIONAL, LLC and

26 WAYDE KING ("Plaintiffs"), by and through their attorneys of record, LEWIS ROCA ROTHGERBER

27 CHRISTIE LLP, hereby STIPULATE AND AGREE that Defendants' deadline to file a response to

28 Plaintiffs' Complaint [ECF No. 1] should be extended to and including **Wednesday, May 17, 2021.**

                                              1

The current deadline to respond to the complaint is May 3, 2023. This stipulation represents an extension of that deadline of not more than 14 days and is requested to allow newly retained defendants' counsel to gather information and to accommodate a family medical emergency that has affected the availability of Mike and Adam Kaplan to provide information necessary for the response. This extension is sought in good faith and not for purposes of delay. This is the first extension of this deadline.

DATED this __ day of April 2023.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Jean-Paul Hendricks*
_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants Michael Kaplan and Adam Kaplan*

DATED this __ day of April 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Eric N. Kohli*
_____
ERIC N. KOHLI, ESQ.
Nevada Bar No. 15763
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs Luxx International, LLC and Wayde King*

DATED this __ day of April 2023.

**MARC D. RISMAN, & EMERY LLP**

*/s/ Marc D. Risman*
_____
MARC D. RISMAN, ESQ.
Nevada Bar No. 2455
3722 Las Vegas Boulevard, Suite 606
Las Vegas, Nevada 89158
*Attorney for Defendant Pure Water Technologies*

DATED this __ day of April 2023.

**MCMENEMY HOLMES PLLC**

*/s/ Dustin H. Holmes*
_____
DUSTIN H. HOLMES, ESQ.
Nevada Bar No. 12776
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
*Attorney for Defendant Tasty One, LLC*

IT IS SO ORDERED.

DATED ____April 28_____ 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE