Eric N. Kohli (NV Bar No. 15763)
John E. Bragonje (NV Bar No. 9519)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
T: (702) 949.8200
EKohli@LewisRoca.com
JBragonje@LewisRoca.com

*Attorneys for Plaintiffs Luxx International, LLC and Wayde King*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LUXX INTERNATIONAL, LLC, a Florida limited liability company; and WAYDE KING, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PURE WATER TECHNOLOGIES, a Nevada limited liability company; TASTY ONE, LLC, a foreign limited liability company; MICHAEL KAPLAN, an individual; and ADAM KAPLAN, an individual. <br><br> Defendants. | Case No.: 2:23-cv-00512- MMD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANTS' COUNTERCLAIMS** <br><br> **[FIRST REQUEST]** |

Plaintiffs LUXX INTERNATIONAL, LLC and WAYDE KING ("Plaintiffs"), by and through their attorneys of record, Lewis Roca Rothgerber Christie LLP, and defendants PURE WATER TECHNOLOGIES, LLC, by and through its attorney of record, the law offices of Marc D. Risman, TASTY ONE, LLC, by and through its attorneys of record, McMenemy Holmes PLLC, MICHAEL KAPLAN, and MICHAEL KAPLAN and ADAM KAPLAN, by and through their attorneys, the law firm of Maier Gutierrez & Associates (collectively "Defendants"), hereby STIPULATE AND AGREE that Plaintiff's deadline to file a response to Defendants' counterclaims [ECF No. 16] shall be extended to **Wednesday, June 21, 2023.**

The current deadline to respond to the counterclaims is June 7, 2023. This stipulation represents an extension of that deadline of not more than 14 days and is

121434094.1

1  requested to allow plaintiffs' counsel to gather information from one Mr. Charlie Luxx who
2  is cited in Defendants' counterclaims. Access and communications with Mr. Luxx are
3  challenging because he happens to be incarcerated at the moment.

4      This extension is sought in good faith and not for purposes of delay. This is the first
5  extension of this deadline.

DATED this 6th day of June, 2023.   DATED this 6th day of June, 2023.

**MAIER GUTIERREZ & ASSOCIATES**     **LEWIS ROCA ROTHGERBER CHRISTIE**

 s/JP Hendricks                       s/Eric Kohli
Joseph A. Gutierrez, Esq.            Eric N. Kohli, Esq.
Nevada Bar No. 9046                  Nevada Bar No. 15763
Jean-Paul Hendricks, Esq.            3993 Howard Hughes Parkway, Suite 600
Nevada Bar No. 10079                 Las Vegas, Nevada 89169
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148              *Attorneys for Plaintiffs Luxx International,
                                     LLC and Wayde King*

*Attorneys for Defendants Michael Kaplan
and Adam Kaplan*

DATED this 6th day of June, 2023.   DATED this 6th day of June, 2023.

**MARC D. RISMAN, & EMERY LLP**     **McMENEMY HOLMES PLLC**

 s/Marc Risman                        s/Dustun Holmes
Marc D. Risman, Esq.                 Dustun H. Holmes, Esq.
Nevada Bar No. 2455                  Nevada Bar No. 12776
3722 Las Vegas Boulevard, Suite 606  1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89158              Las Vegas, Nevada 89134

*Attorney for Defendant Pure Water   *Attorney for Defendant Tasty One, LLC*
Technologies, LLC*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2023