UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUXX INTERNATIONAL, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURE WATER TECHNOLOGIES, et al.,<br><br>Defendants. | Case No. 2:23-cv-00512-MMD-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Proposed Discovery Plan and Scheduling Order (ECF No. 21), filed on July 3, 2023. The Court has reviewed the plan and finds that it does not comply with Local Rule ("LR") 26-1. LR 26-1(a) provides that "the parties must submit a stipulated discovery plan and scheduling order." In fact, Plaintiffs note that Defendants' counsel failed to respond to an email with the proposed stipulated discovery plan and scheduling order. As such, the Court will order the parties to meet and confer and submit a stipulated discovery plan and scheduling order within 14 days. To the extent the parties have a disagreement on the terms, then they are required to include "a statement of each party's position on each point in dispute" **in one stipulated discovery plan**. Therefore, the Court will deny Defendants' one-sided discovery plans that fail to comply with LR 26-1.

Based on the foregoing and good cause appearing therefore,

IT IS THEREFORE ORDERED that Defendants' Proposed Discovery Plan and Scheduling Order (ECF No. 21) is **denied**.

IT IS FURTHER ORDERED that the parties shall meet and confer in accordance with Local Rule 26-1 and Federal Rule of Civil Procedure 26(f) and submit a stipulated discovery plan and scheduling order no later than **July 20, 2023**.

DATED: July 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE