| | |
|---|---|
| Eric N. Kohli<br>Bar No. 15763<br>BROOKS KUSHMAN P.C.<br>1180 N. Town Center Drive, Ste. 100<br>Las Vegas, NV 89144<br>EKohli@BrooksKushman.com<br>T: (702) 473-3780<br><br>*Attorneys for Plaintiffs Luxx*<br>*International, LLC and*<br>*Wayde King* | MARC RISMAN, ESQ.<br>Bar No. 2455<br>MARC RISMAN LAW OFFICES<br>3722 Las Vegas Blvd. South, Suite 606<br>Las Vegas, NV 89158<br>MarcRisman@CalNeva-law.com<br>T: (702) 388-8100<br><br>*Attorneys for Defendant Pure Water*<br>*Technologies, LLC*<br><br>DUSTUN H. HOLMES, ESQ.<br>Bar No. 12776<br>MCMENEMY \| HOLMES PLLC<br>1645 Village Center Circle, Suite 291<br>Las Vegas, NV 89134<br>DHH@McMenemyHolmes.com<br>T: (702) 874-4878<br><br>*Attorneys for Defendant Tasty One, LLC*<br><br>JOSEPH A. GUTIERREZ, ESQ.<br>Bar No. 9046<br>JEAN PAUL HENDRICKS, ESQ.<br>Bar No. 10079<br>MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>JAG@MGAlaw.com<br>JPH@MGAlaw.com<br>T: (702) 629-7900<br><br>*Attorneys for Defendants Michael Kaplan*<br>*and Adam Kaplan* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LUXX INTERNATIONAL, LLC, a Florida limited liability company; and WAYDE KING, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>PURE WATER TECHNOLOGIES, a Nevada limited liability company; TASTY ONE, LLC, a foreign limited liability company; MICHAEL KAPLAN, an individual; and ADAM KAPLAN, an individual.<br><br>    Defendants. | Case No.: 2:23-cv-00512-MMD-DJA<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

COME NOW, all Plaintiffs and all Defendants jointly, and submit this stipulated request for extension of time for Plaintiffs to file an opposition to Defendants' motion for partial summary judgment ("MPSJ") that was filed on February 25, 2025. (ECF No. 94.)

### I.     Facts

Plaintiffs brought this action against Defendants for various counts, including trademark infringement, violations under the Lanham Act, violations of Plaintiff Wayde King's rights of privacy, breach of contract, and the like. Defendants moved for partial summary judgment on February 25, 2025. (ECF No. 94.) Plaintiffs' opposition thereto is currently due by March 18, 2025.

### II.    Argument

The parties are actively collaborating efforts to settle the case. Given the complexities of the case, especially a lien placed on the case (pursuant to NRS 18.015) by Plaintiffs' former counsel Lewis Roca Rothgerber Christie LLC (now Womble Bond Dickinson) that is posing a significant impediment to the parties' settlement efforts, the parties' settlement efforts are taking longer. (*See* ECF No. 91.) To help the process, the parties have a continued Early Neutral Evaluation scheduled with Hon. Magistrate Judge Brenda Weksler on March 19, 2025. (*See* ECF No. 95.)

The parties mutually prefer their settlement efforts to be their primary focus. Given the impending deadline of March 18, 2025 to oppose the MPSJ, the parties mutually agree that the deadline should be extended to April 10, 2025.

Accordingly, all parties respectfully request an extension for Plaintiffs' opposition to the pending MPSJ to April 10, 2025.

This is the first request for extension of time for Plaintiffs' opposition to the MPSJ. *See* LR IA 6-1. Such extension will extend the current deadline of March 18, 2025 to April

10, 2025. This request for extension is not made for delay, and good cause exists for the extension as explained above.

### III. Conclusion

WHEREFORE, Plaintiff and Defendants jointly request the Court to grant an extension for Plaintiffs' opposition to Defendants' motion for partial summary judgment (ECF No. 94) to April 10, 2025.

DATED this 13th day of March, 2025.

Respectfully submitted,

By: /s/ Eric N. Kohli
Eric N. Kohli (NV Bar No. 15763)
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
EKohli@BrooksKushman.com
T: (702) 473-3780

*Attorneys for Plaintiffs Luxx International, LLC and Wayde King.*

By: /s/ Marc Risman
MARC RISMAN, ESQ.
Bar No. 2455
MARC RISMAN LAW OFFICES
3722 Las Vegas Blvd. South, Suite 606
Las Vegas, Nevada 89158
MarcRisman@CalNeva-law.com
T: (702) 388-8100

*Attorneys for Defendant Pure Water Technologies*

By: /s/ Dustun H. Holmes
DUSTUN H. HOLMES, ESQ.
Bar No. 12776
MCMENEMY | HOLMES PLLC
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
DHH@McMenemyHolmes.com
T: (702) 874-4878

*Attorneys for Defendant Tasty One, LLC*

By: /s/ Jopseph A. Gutierrez
JOSEPH A. GUTIERREZ, ESQ.
Bar No. 9046
JEAN PAUL HENDRICKS, ESQ.
Bar No. 10079
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
JAG@MGAlaw.com
JPH@MGAlaw.com
T: (702) 629-7900

*Attorneys for Defendants Michael Kaplan and Adam Kaplan*

DATED THIS 14th Day of March 2025.

IT IS SO ORDERED.

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE