# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Luxx International, LLC; and Wayde King, | Case No. 2:23-cv-00512-MMD-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Pure Water Technologies; Tasty One, LLC; Michael Kaplan; Adam Kaplan; et al., | |
| Defendants. | |
| And related counterclaims. | |

The law firm Brooks Kushman P.C. moves to withdraw as counsel of record for Plaintiffs Luxx International, LLC and Wayde King. The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Because it is a corporation, Luxx must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

///

///

///

1  **IT IS THEREFORE ORDERED** that Brooks Kushman, P.C.'s motion to withdraw (ECF No. 101) is **granted.** The Clerk of Court is kindly directed to remove Eric Kohli, Esq. and Thomas W. Cunningham, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that Luxx must file a status report regarding its retention of counsel on or before **May 16, 2025.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place Luxx and King's last known addresses and email addresses on the docket:

**Wayde King**
3700 Beacon Point Street
Las Vegas, NV 89129
(702) 738-6300
WaydeKingz@gmail.com

**Luxx International, LLC**
c/o Ms. Allyson Martin
2301 North East 36th Street
Lighthouse Point, FL 33064
(386) 871-9486
amhunt2@gmail.com

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send this order to Luxx and King at the addresses listed above.

DATED: April 16, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE