**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Luxx International, LLC; and Wayde King, | Case No. 2:23-cv-00512-MMD-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Pure Water Technologies; Tasty One, LLC; Michael Kaplan; Adam Kaplan; et al., | |
| Defendants. | |
| And related counterclaims. | |

Before the Court is Plaintiff Luxx International, LLC's motion to extend time for it to appear in this action through a lawyer. (ECF No. 107). Luxx explains that it is diligently searching for representation and requires additional time. The Court finds this to constitute good cause and grants the request. *See* Fed. R. Civ. P. 6(b). The Court will grant Luxx an additional thirty days to retain counsel. The Court will further set a deadline for the parties to stipulate to any extension of deadlines necessary to continue this case as contemplated in their prior stipulation (ECF No. 102).

**IT IS THEREFORE ORDERED** that Luxx's motion to extend time (ECF No. 107) is **granted.** Luxx shall have until **June 20, 2025,** to appear through counsel. The Clerk of Court is kindly directed to send a copy of this order to Luxx.

**IT IS FURTHER ORDERED** that the parties shall have until **July 21, 2025,** to stipulate to any extensions of time they may require.

DATED: May 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE