UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Luxx International, LLC; and Wayde King,<br><br>Plaintiffs,<br><br>v.<br><br>Pure Water Technologies; Tasty One, LLC; Michael Kaplan; Adam Kaplan; et al.,<br><br>Defendants.<br><br>And related counterclaims. | Case No. 2:23-cv-00512-MMD-DJA<br><br>**Order** |

Before the Court is Plaintiff Luxx International, LLC's second motion to extend time for it to appear in this action through a lawyer. (ECF No. 109). Luxx explains that it is still searching for representation and needs additional time. However, Luxx provides little detail about its efforts to find an attorney or why it has taken it over two months to find counsel. So, while the Court finds that Luxx has shown good cause for an extension, the Court finds that it has only justified a short extension. *See* Fed. R. Civ. P. 6(b). The Court grants the request but will only grant Luxx an additional two weeks to retain counsel. The Court's prior, July 21, 2025, deadline for the parties to stipulate to any extensions of deadlines they may require, as set in its previous order, will not change. (ECF No. 108)

///

///

///

1  **IT IS THEREFORE ORDERED** that Luxx's motion to extend time (ECF No. 109) is
2  **granted.** Luxx shall have until **July 8, 2025,** to appear through counsel. The Clerk of Court is
3  kindly directed to send a copy of this order to Luxx at the below address:

Luxx International, LLC
c/o Ms. Allyson Martin
2301 North East 36th Street, Unit 207
Lighthouse Point, FL 33064

DATED: June 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE