JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:   jrm@mgalaw.com
          jph@mgalaw.com

*Attorneys for Defendants/Counter-Claimants*
*Michael Kaplan and Adam Kaplan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUXX INTERNATIONAL, LLC, a Florida limited liability company; and WAYDE KING, an individual,<br><br>　　　　　Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>PURE WATER TECHNOLOGIES, LLC, a Nevada limited liability company; TASTY ONE, LLC, a foreign limited liability company; MICHAEL KAPLAN, an individual; and ADAM KAPLAN, an individual,<br><br>　　　　　Defendants/Counter-Claimants.<br><br>AND ALL RELATED MATTERS | Case No.:   2:23-cv-00512-MMD-DJA<br><br>**DEFAULT JUDGMENT AGAINST COUNTERDEFENDANT LUXX INTERNATIONAL, LLC** |

### DEFAULT JUDGMENT AGAINST COUNTERDEFENDANT LUXX INTERNATIONAL, LLC

Counterdefendant LUXX INTERNATIONAL, LLC's counsel of record withdrew on April 16, 2025. [ECF No. 106]. After significant time to obtain new counsel including multiple extensions of the deadline to do so [ECF Nos. 108 and 110] Magistrate Judge Albregts issued a Report and Recommendation [ECF No. 128] that LUXX INTERNATIONAL, LLC's claims be dismissed and

1

default judgment entered against LUXX INTERNATIONAL, LLC and in favor of MICHAEL KAPLAN and ADAM KAPLAN on their counterclaim.  Having received no objection to the Report and Recommendations, on January 5, 2026 this Court issued an Order adopting the Report and Recommendations in full [ECF No. 130].  Accordingly and with good cause appearing the Court enters Default Judgment as follows:

   1.   The Kaplans have asserted a counterclaim against Luxx International, LLC for Fraudulent Misrepresentation.

   2.   The Court finds that the transfer of a 15% ownership interest in PURE WATER TECHNOLOGIES, LLC to LUXX INTERNATIONAL, LLC under the July 14, 2017 Operating Agreement was fraudulently induced as alleged in the Kaplan's Counterclaim and is therefore voidable.

   3.   IT IS HEREBY ORDERED that a Judgement is awarded in favor of MICHAEL KAPLAN and ADAM KAPLAN and against Counterdefendant LUXX INTERNATIONAL, LLC voiding the transfer of any and all ownership interest in PURE WATER TECHNOLOGIES, LLC to LUXX INTERNATIONAL, LLC.

   4.   IT IS FURTHER ORDERED that under Section 10.16 of the PURE WATER TECHNOLOGIES, LLC December 2017 operating agreement, attorneys fees and costs associated with the defense of this lawsuit are hereby awarded against Counterdefendant LUXX INTERNATIONAL, LLC and in favor of MICHAEL KAPLAN and ADAM KAPLAN in an amount to be determined by this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.      IT IS STILL FURTHER ORDERED that post judgment interest on the principal sum of this Judgment at the statutory rate shall accrue from the date of this Judgment until it is satisfied in full.

DATED this <u>20th</u> day of January, 2026.

_____
Miranda M. Du
United States District Court Judge

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

<u>/s/ Jean Paul Hendricks</u>
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants/Counter-Claimants,
Michael Kaplan and Adam Kaplan*